**James J. LYTLE, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2008–7050.

United States Court of Appeals, Federal Circuit.

March 14, 2008.

*ORDER*

On February 20, 2008 the court issued an order allowing James J. Lytle ("Lytle") 21 days to notify the court whether he intends to proceed with his case or dismiss his appeal. Lytle has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.

**Phillip B. KELLEY, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7041.

United States Court of Appeals, Federal Circuit.

March 14, 2008.

Phillip B. Kelley, pro se.

*ORDER*

On February 20, 2008 the court issued an order allowing Phillip B. Kelley ("Kelley") 21 days to notify the court whether he intends to proceed with his case or dismiss his appeal. Kelley has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.